

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Michael Wayne Whittington,

\* From the 385th District Court of Midland County, Trial Court No. CR40620.

Vs. No. 11-13-00186-CR

\* June 30, 2015

The State of Texas,

\* Memorandum Opinion by Wright, C.J. (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.